IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> 333STRONGER, et al., <br><br> Defendants. | Case No. 20-cv-02613 <br><br> **Judge Charles P. Kocoras** <br><br> **Magistrate Judge Sunil R. Harjani** |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on July 8, 2020 [45], in favor of Plaintiff Nike, Inc. ("Plaintiff" or "Nike") and against the Defendants Identified in Schedule A in the amount of five hundred thousand dollars ($500,000) per Defaulting Defendant for willful use of counterfeit Nike Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Nike acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| FlyAnyAAA | 36 |
| wanglixia123 | 142 |
| Wangqiandexiaopu | 143 |
| Warm Wnd | 146 |
| xxw store | 152 |
| Zuqiuduijiu | 174 |
| Joie Store | 185 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

|  |  |
|---|---|
| Dated this 14th day of August 2020. | Respectfully submitted,<br><br>/s/ RiKaleigh C. Johnson<br>Amy C. Ziegler<br>Justin R. Gaudio<br>RiKaleigh C. Johnson<br>Greer, Burns & Crain, Ltd.<br>300 South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>312.360.0080 / 312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>rjohnson@gbc.law<br><br>*Counsel for Plaintiff Nike, Inc.* |